Tammy Hussin (Bar No. 155290)
*Of Counsel*
Lemberg & Associates LLC
6404 Merlin Dr., Suite #100
Carlsbad, CA 92011
Telephone (855) 301-2100 ext. 5514
thussin@lemberglaw.com

Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Joshua Santos

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joshua Santos,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Delanore, Kemper & Associates, LLC; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:11-cv-01485-KJM -JFM<br><br>**VOLUNTARY WITHDRAWAL** |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE <u>PURSUANT TO RULE 41(a)</u>

Joshua Santos ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

By: <u>  /s/   Tammy Hussin       </u>
Tammy Hussin  *Of Counsel*
Lemberg & Associates
Attorney for Plaintiff, Joshua Santos

IT IS SO ORDERED:

_____

Honorable _____

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On August 5, 2011, I served a true copy of foregoing document(s): **VOLUNTARY WITHDRAWAL**.

| | |
|---|---|
| **BY ELECTRONIC FILING:** I hereby certify that on August 5, 2011, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system. | **Defendants Delanore, Kemper & Associates, LLC** |

Delanore, Kemper & Associates, LLC
2221 Peachtree Road, #473, Suite D
Atlanta, Georgia 30309

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on August 5, 2011.

By:   */s/  Tammy Hussin*
Tammy Hussin  *Of Counsel*
Lemberg & Associates
Attorney for Plaintiff, Joshua Santos
